WIRICK & WIRICK and JOHN E. ERWIN, for appellant.

TRUSDELL, SMITH & LEECH, for appellee.

MR. JUSTICE NIEHAUS delivered the opinion of the court.

## Abstract of the Decision.

1. ASSAULT AND BATTERY, § 22*—*when loss of comfort, society and friendship of husband element of damages.* The loss of the comfort, society and friendship of plaintiff's husband is not a proper element of damages in an action against the father of such husband to recover for an assault alleged to have committed on plaintiff by such father.

2. ASSAULT AND BATTERY, § 17*—*when instruction misleading and prejudicially erroneous.* In an action by a wife against the father of her husband, where in her declaration plaintiff in three counts of trespass alleged an assault upon her by defendant, and in a fourth count alleged that defendant alienated the affections of such husband whereby plaintiff was "deprived of the support, society assistance and affection of her said husband," an instruction that the jury might "award her such damages as they believed from the evidence she had sustained in the loss of the comfort, society and friendship of her husband, *held* misleading and prejudicially erroneous where defendant was found guilty on the first three counts, in that such instruction was not limited to the fourth count, since without such limitation such instruction stated a wrong measure of damages as to the counts on which defendant was found guilty.

---

## The People of the State of Illinois, Defendant in Error, v. Moses Brown, Plaintiff in Error.

### Gen. No. 6,068.   (Not to be reported in full.)

Error to the Circuit Court of DeKalb county; the Hon. MAZZINI SLUSSER, Judge, presiding. Heard in this court at the April term, 1915. Affirmed. Opinion filed October 20, 1915.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.

## Statement of the Case.

Prosecution by the People of the State of Illinois against Moses Brown, defendant, in the Circuit Court of DeKalb county. To reverse a judgment of conviction, defendant prosecutes this writ of error.

JAMES W. CLIFFE, for plaintiff in error.

LOWELL B. SMITH, for defendant in error; E. M. BURST, of counsel.

PER CURIAM.

## Abstract of the Decision.

1. CRIMINAL LAW, § 344*—*when proper to receive verdict in absence of defendant.* In a misdemeanor case it is not error to receive a verdict while defendant is absent from the court room on bail.

2. CRIMINAL LAW, § 592*—*when judgment affirmed by operation of law.* Where one of the judges of the Appellate Court is disqualified and the others are divided in opinion as to whether a judgment should be affirmed or reversed, the judgment is affirmed by operation of law.

---

Elizabeth Strickland, Executrix, Appellee, v. Alexander H. Strickland and Elizabeth Hibbs, Appellants.

## Gen. No. 6,143. (Not to be reported in full.)

Appeal from the Circuit Court of Woodford county; the Hon. THOMAS M. HARRIS, Judge, presiding. Heard in this court at the October term, 1915. Transferred to Supreme Court. Opinion filed October 22, 1915.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.

Vol. CXCVI 26.